### 42062. HOLLAND v. CITY OF CALHOUN.

PER CURIAM. The judgment of this court in *Holland v. City of Calhoun,* 114 Ga. App. 51 (150 SE2d 155) having been reversed by the Supreme Court of Georgia in *City of Calhoun v. Holland,* 222 Ga. 816 (152 SE2d 752), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment of the trial court is affirmed. Hall, Deen and Quillian, JJ., concur.*

DECIDED JANUARY 24, 1967.

*Harbin M. King,* for appellant.

*T. L. Shanahan, Warren Akin,* for appellee.